**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**ALEXANDRIA DIVISION**

| | |
|---|---|
| **EVERETTE HILL #372120** | **CASE NO. 1:22-CV-06113 SEC P** |
| **VERSUS** | **JUDGE TERRY A. DOUGHTY** |
| **USA** | **MAGISTRATE JUDGE PEREZ-MONTES** |

**JUDGMENT**

For the reasons stated in the Report and Recommendation of the Magistrate Judge [Doc. No. 12] previously filed herein, and after an independent review of the record, noting the lack of written objections filed by Plaintiff, and determining that the findings are correct under the applicable law, finding that the Magistrate Judge's Report and Recommendation is correct and that judgment as recommended therein is warranted,

**IT IS ORDERED, ADJUDGED, AND DECREED** that Plaintiff Everette Hill's Petition [Doc. No. 1] is **DISMISSED** for lack of jurisdiction.

**THUS, DONE AND SIGNED**, in chambers, in Monroe, Louisiana, on this 17th day of May 2023.

_____
**TERRY A. DOUGHTY**
**UNITED STATES DISTRICT COURT**